# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00688-CV

**Hygieacare, Inc. and Peter Leibham, Appellants**

**v.**

**Angela Fielding, Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-002236, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellants' Motion

Filed: July 14, 2023